**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 480 EAL 2020
                                  :
                    Respondent    :
                                  :
                                  :     Petition for Allowance of Appeal
                                  :     from the Order of the Superior Court
             v.                   :
                                  :
                                  :
DERRICK FORD,                     :
                                  :
                    Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.